CHARLES STUECK, as President of the Welfare Association of the Grumman Aircraft Engineering Corporation, Respondent, v. DRINCUP VENDORS, INC., Appellant.— Order denying appellant's motion to vacate or modify an order granting summary judgment, etc., affirmed, without costs. No opinion. Close, P. J., Hagarty, Carswell, Adel and Aldrich, JJ., concur.

tract. Order resettling judgment in favor of plaintiff, and resettled judgment entered in accordance therewith, insofar as appealed from, unanimously affirmed, without costs. No opinion. Appeal from original judgment dated December 16, 1943, dismissed, without costs. Present — Close, P. J., Hagarty, Carswell, Adel and Aldrich, JJ. [See *post*, p. 988.]